UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:16-cv-424-MOC

| | | |
|---|---|---|
| **DARIUS LATRON CHANEY,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Respondent. | ) | |

**THIS MATTER** is before the court on Petitioner's Motion to Stay, (Doc. No. 8). Having considered Petitioner's motion, to which the Government consents, the Court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Petitioner's Motion to Stay, (Doc. No. 8), is GRANTED, and this matter is HELD in abeyance pending issuance of a ruling by the Supreme Court in <u>United States v. Brown</u>, No. 16-7056. After issuance of such decision, Petitioner shall have thirty days in which to file a Reply.

Signed: March 13, 2018



Max O. Cogburn Jr.
United States District Judge